FILED: March 12, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1374 (L)

_____

CHRISTINE M. SUGAR,

       Debtor – Appellant,

v.

MICHAEL BRANDON BURNETT; BANKRUPTCY ADMINISTRATOR,

       Trustees – Appellees.

_____

O R D E R

_____

The court amends its opinion filed March 5, 2025, as follows:

Throughout the opinion, all references to § 1307(a) are changed to § 1307(c).

On page 26, the phrase "for purposes of considering whether 'cause' under § 1307(a)" is deleted.

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk